# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHYHEED WILSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:18-123 |
| ) | |
| ) | |
| ) | |
| OFFICER MILLER ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM ORDER

This action was received by the Clerk of Court on April 30, 2018, and referred to the undersigned as Magistrate Judge on the case. Upon taking the oath of office of District Judge in September 2018, the matter was referred to United States Magistrate Judge Richard A. Lanzillo, for report and recommendation on September 28, 2018, in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

Defendant filed a Motion for Summary Judgment [ECF No. 39] on July 30, 2019. Although he was given ample time to do so, Plaintiff did not file an Opposition.

On January 9, 2020, Magistrate Judge Lanzillo issued a Report and Recommendation recommending that the motion be granted. No Objections to the Report and Recommendation were filed.

After *de novo* review of the complaint and documents in the case, together with the report and recommendation thereto, the following order is entered:

1

AND NOW, this 18th day of March, 2020;

IT IS ORDERED that the Motion for Summary Judgment [ECF No. 39] is GRANTED. The Clerk of Court is directed to close this case.

IT IS FURTHER ORDERED that the report and recommendation of Magistrate Judge Lanzillo, issued on February 6, 2020 [ECF No. 45] is adopted as the opinion of the court.

SUSAN PARADISE BAXTER
United States District Judge